IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR233 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JENNIFER WOODY, | ) | |
| Defendant. | ) | |

Defendant Jennifer Woody appeared before the court on July 6, 2006 on a Petition for Summons for Offender Under Supervision [40]. The defendant was represented by Assistant Federal Public Defender Michael Maloney and the United States was represented by Assistant U.S. Attorney Nancy Svoboda. The defendant admits allegation 2. Allegations 1 and 3 are withdrawn on motion of the government. Defendant's oral motion to continue final disposition is granted. The government did not move for detention. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. The Federal Public Defender is appointed to represent the above named defendant.

2. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:00 p.m., on September 22, 2006.** Defendant must be present in person.

3. Defendant is released on current conditions of supervision and shall continue therapy at the Omaha Campus for Hope as directed by the probation office.

Dated this 7th day of July, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge