IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR233 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JENNIFER K. WOODY, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Jennifer K. Woody appeared before the court on January 19, 2007 on a petition for offender under supervision, Filing No. 44. The defendant was represented by Assistant Federal Public Defender Michael F. Maloney and the United States was represented by Assistant United States Attorney Nancy A. Svoboda.

IT IS ORDERED:

1. This matter is continued before the undersigned in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, to **April 16, 2007, at 9:00 a.m.** Since this is a criminal case, the defendant shall be present, unless excused by the Court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

2. Defendant is released with the following modifications to her conditions of supervision: defendant is to have no contact with Curtis Roby; and defendant shall establish independent living arrangements from Curtis Roby and Curtis Roby's brother.

DATED this 19th day of January, 2007.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief United States District Judge